■ LORRAINE CONYERS, Appellant, v INCORPORATED VILLAGE OF ROCKVILLE CENTRE, Respondent. [635 NYS2d 475] —Appeal by the plaintiff from an order of the Supreme Court, Nassau County (Becker, J.), dated June 8, 1994.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Becker at the Supreme Court (see also, Witte v Incorporated Vil. of Port Wash. N., 114 AD2d 359). Balletta, J. P., Miller, O'Brien and Copertino, JJ., concur.